IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL MILLER, | CIVIL ACTION |
| Plaintiff, | No. 23-97 |
| v. | Judge Haines |
| FOREST HILLS PHARMACY, | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Crystal Miller and Defendant, Forest Hills Pharmacy, that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Ci v. P. 41(a)(1)(A)(ii).

Date: September 28, 2023

/s/ John E. Black, III
John E. Black, III
Pa. I.D. No. 83727
Edgar Snyder & Associates
U.S. Steel Tower, 10th Floor
Cherry Street, Suite 1400
600 Grant Street
Pittsburgh, PA 15219
(412) 394-4446
jblack@edgarsnyder.com

Attorney for Plaintiff

/s/ Katherine Koop Irwin
Katherine Koop Irwin
Pa. I.D. No. 206432
Frost Brown Todd, LLP
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219
(412) 513-4300
kirwin@fbtlaw.com

Attorney for Defendant

AND NOW, this 29th day of September, 2023, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE